UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY NEWBILL<br>466 Fernlea Road<br>Tappahannock, VA  22560<br><br>            Plaintiff,<br><br>v.<br><br>WASHINGTON GAS LIGHT<br>  COMPANY<br>101 Constitution Avenue, NW<br>Washington, D.C.  20080<br><br>Serve:<br>Registered Agent<br>Roberta W. Sims<br>101 Constitution Avenue, NW<br>Washington, D.C.  20080<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No.<br>:<br>:<br>:<br>:<br>: (Jury Demanded)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

### Parties

COMES NOW the Plaintiff, Johnny Newbill, through his attorney, Nils G. Peterson, and for his Complaint against the Defendant, Washington Gas Light Company ("Washington Gas"), alleges as follows:

1. Plaintiff Johnny Newbill is a resident of the Commonwealth of Virginia. Defendant employed Plaintiff in the Washington Metropolitan Area including performing work for Defendant in the District of Columbia, Virginia and Maryland.

2. Defendant Washington Gas is a corporation with its headquarters located in the District of Columbia and is registered to do business in the District of Columbia and has done business in the District of Columbia during all times material hereto.

Jurisdiction

3. Jurisdiction of this action is conferred on this Court the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e-5 (Title VII) and The Civil Rights Act of 1871, 42 U.S.C. 1981.

FACTS

4. At all times hereinafter mentioned, Defendant was engaged in the provision of utility services in the Washington Metropolitan Area including the District of Columbia. Defendant has employed over 20 employees during Plaintiff's employment.

5. From 1987 to present Defendant has employed Plaintiff and Plaintiff has performed the work of a welder for Defendant for the past 9 years.

6. Plaintiff, is an African-American male by birth and heritage.

7. Plaintiff is the only African-American welder employed by Defendant.

8. Plaintiff has been subject to discrimination on the basis of his African American heritage in the workplace including but not limited to being discriminated against (1) in the assignment of work, (2) in promotion on the job, and (3) in being held to a higher standard than whites.

9. Plaintiff was employed in a racially hostile atmosphere including having management that discouraged white employees from talking to him and where white employees were given preferential treatment in obtaining positions as welders; No blacks have been hired in the welding shop in over 9 years.

10. Plaintiff was treated worse than whites in the workplace and different standards were applied to Plaintiff.

11. Plaintiff filed a complaint of discrimination with Fairfax County, Virginia on April 14, 2004, HRC 2004104E, EEOC #10D 2004 00132. Plaintiff thereafter filed a charge of retaliation with Fairfax County on June 3, 2005.

12. After plaintiff filed a charge of discrimination, his supervisor started monitoring him closely including following him to the bathroom and employees were discouraged from talking to him by management.

13. Plaintiff received a right to sue letter from EEOC dated November 16, 2006.

## COUNT I

### Racial Discrimination

14. Plaintiff restates and realleges paragraphs 1 to 13.

15. Defendant discriminated against plaintiff based on his race and created a racially hostile atmosphere in the workplace.

16. As a result of the aforesaid discrimination and harassment, Plaintiff has suffered loss of income, benefits and career opportunities.

17. As a result of the aforesaid discrimination and harassment, Plaintiff suffered humiliation, insomnia and other physical symptoms.

WHEREFORE, Plaintiff requests this Court:

(a) To award him under Title VII and Section 1981 all the pay and fringe benefits he has lost as a result of Defendant's unlawful

discrimination against him;

(b) To award him, under Title VII and Section 1981, compensation and punitive damages for injuries suffered as a result of violation of federal law.

(c) To award him under 42 U.S.C. 2000 e-5(k) and Section 1981 reasonable attorney's fees and costs of this action.

(d) To award him such other and further relief as this Court deems just and proper.

## COUNT II

### RETALIATION

18. Plaintiffs reallege and incorporate by reference herein Paragraphs 1 through 17.

19. As a result of the filing of a charge of discrimination by Plaintiff, defendant discriminated and retaliated against Plaintiff in the workplace.

20. As a result of the aforesaid discrimination and retaliation, Plaintiff suffered loss of income and fringe benefits.

21. As a result of the acts of discrimination and retaliation, Plaintiff suffered humiliation, emotional harm and harm to his reputation.

22. Defendant's acts of discrimination and retaliation were performed with malice and reckless indifference to Plaintiff's protected civil rights.

23. Defendant wilfully discriminated and retaliated against Plaintiff on account of his filing a charge of discrimination against Defendant in violation of Title VII and Section 1981.

Wherefore, Plaintiff respectfully prays this Court:

(a) To award him under Title VII and Section 1981 all the pay and fringe benefits he has lost as a result of Defendant's unlawful discrimination and retaliation against him;

(b) To award him, under Title VII and Section 1981, compensation and punitive damages for injuries suffered as a result of violation of federal law.

(c) To award him under 42 U.S.C. 2000 e-5(k) and Section 1981 reasonable attorney's fees and costs of this action.

(d) To award him such other and further relief as this Court deems just and proper.

JURY DEMANDED

Plaintiff hereby demands a jury on all issues triable by a jury.

                                              Johnny Newbill
                                              By Counsel

_/s/ Nils Peterson_
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, #708
Arlington, VA  22201
703-527-9900

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS

Johnny Newbill

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Washington Gas Light Company

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Nils Peterson 703-527-9900
2009 N. 14th Street, Suite 708
Arlington, VA 22201

CASE NUMBER 1:07CV00137

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 01/19/2007

## II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ☐ G. *Habeas Corpus/2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Discrimination and retaliation, 42USC 1981 and 2000e-5

VII. REQUESTED IN COMPLAINT  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

VIII. RELATED CASE(S) IF ANY  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 1/19/07   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.