# AFFIDAVIT OF SERVICE

**District of Columbia**                                              Usdc/Dc Court

Case Number: 1:07CV00137

Plaintiff:
**JOHNNY NEWBILL**

vs.

Defendant:
**WASHINGTON GAS LIGHT COMPANY**

RECEIVED

JAN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For:
Nils Peterson
NILS G. PETERSON
2009 N. 14th St
Suite 708
Arlington, VA 22201

Received by ALLIANCE LEGAL SERVICES, INC. on the 23rd day of January, 2007 at 8:19 am to be served on **WASHINGTON GAS LIGHT COMPANY, REGISTERED AGENT ROBERTA W. SIMS OR OTHER OFFICER OR DIRECTOR - 101 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20080.**

I, Paul B. Spalding, being duly sworn, depose and say that on the **23rd day of January, 2007** at **1:55 pm, I:**

Delivered a true copy of the **Subpoena in a Civil Case/ INITIAL ELECTRONIC CASE FILING ORDER/ ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM/ NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE/ COMPLAINT/ CONSENT TO PROCEED BEFORE A UNITES STATES MAGISTRATE JUDGE FOR ALL PURPOSES/ NOTICE OF RIGHT TO CONSENT TO TRAIL BEFORE UNITED STATES MAGISTRATE JUDGE** to SHARON JOHNSTON, EXECUTIVE ASSISTANT TO ROBERTA SIMS who stated that they were authorized to accept for the witness in their absence.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I can edit this block to my area's standards and have seven different declarations if need be.

Subscribed and Sworn to before me on the 24th day of January, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission Expires 11/30/10

**Paul B. Spalding**
Process Server

ALLIANCE LEGAL SERVICES, INC.
P.O. Box 523078
Springfield, VA 22152
(703) 922-7112

Our Job Serial Number: 2007000089

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    COLUMBIA

Johnny Newbill

V.

Washington Gas Light Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00137

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 01/19/2007

TO: (Name and address of Defendant)

Washington Gas Light Company
Roberta W. Sims, Registered Agent
101 Constitution Avenue, NW
Washington, D.C.  20080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        JAN 19 2007

CLERK        DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1.23.07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Paul Spalding | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sub service to Sharon Johnston, Executive Assistant to Roberta Sims, Authorized to Accept Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1.23.07
                Date             Signature of Server

Alliance Legal Services, Inc.
P.O. Box 523078
Address of Server Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.