UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNY NEWBILL          :
                        :
    Plaintiff,          :
                        :
v.                      : Civil Action No. 1:07CV00137 (JR)
                        :
WASHINGTON GAS LIGHT COMPANY :
                        :
    Defendant.          :

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
TO DISMISS AND/OR TO TRANSFER

Comes now plaintiff, Johnny Newbill, by counsel in response to Defendants' Motion to Dismiss and/or to Transfer Venue. For the reasons stated below, Plaintiff requests that this case be transferred rather than dismissed.

Background Facts

This is an action for discrimination against Plaintiff's employer, Washington Gas Light Company. Plaintiff worked for Defendant in both Virginia and the District of Columbia. After further investigation of Plaintiff's records, it has been determined that the majority of Plaintiff's work was performed in Virginia. Therefore, venue is proper in Virginia.

II. DISMISSAL IS INAPPROPRIATE.

Defendant assert that dismissal of this action is appropriate because Plaintiff has failed to file the action in the Eastern District of Virginia. The Court is requested to transfer this action to the Eastern District of Virginia pursuant to 28 U.S.C. 1404 and 1406. Justice would be served by transfer of this action to the Eastern District of Virginia rather than dismissal of the

action.

## CONCLUSION

For the above stated reasons, the Court is requested to transfer this action to the Eastern District of Virginia.

Johnny Newbill
By Counsel

____/s/_____
Nils G. Peterson
D.C. Bar No. 295261
2009 N. 14th Street, Suite 708
Arlington, VA  22201

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2007 a true copy of the foregoing was sent by U.S. Mail, first class postage prepaid to:

L. Edward Funk, Esq.
Office of General Counsel
Washington Gas Light Company
101 Constitution Avenue, NW
Washington, D.C.  20016

____/s/_____
Nils Peterson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHNNY NEWBILL            :
                          :
     Plaintiff,           :
                          :
v.                        : Civil Action No. 1:07CV00137 (JR)
                          :
WASHINGTON GAS LIGHT COMPANY :
                          :
     Defendant.           :

ORDER

UPON CONSIDERATION of the Motion to Dismiss Or, In the Alternative, To Transfer filed by Defendant and the Response filed by Plaintiff, it is hereby

ORDERED that the Motion to Dismiss Or In the Alternative, To Transfer is hereby Granted in part; and it is further

ORDERED that this action shall be transferred to the United States District Court for the Eastern District of Virginia.

ENTERED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE