UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Newbill,                           :
                                          :
        Plaintiff,                        :
                                          :
    v.                                    : Civil Action No. 07-0137 (JR)
                                          :
WASHINGTON GAS & LIGHT COMPANY,           :
                                          :
        Defendant.                        :

**ORDER**

Upon consideration of defendant's motion to dismiss [3] or transfer [4], it appearing that plaintiff concedes that venue is proper in Virginia and that he does not oppose transfer [5], it is **ORDERED** pursuant to 28 U.S.C. § 1406(a) that this case be transferred to the United States District Court for the Eastern District of Virginia.


                                    JAMES ROBERTSON
                                    United States District Judge